LEOPOLD FRANKEL, *ET AL.*, PLAINTIFFS-APPELLANTS, v. CITIZENS HOLDING COMPANY, INC., *ET AL.*, DEFENDANTS-RESPONDENTS.

*Messrs. Frankel & Frankel* for the petitioners.

*Mr. Isadore Waks* and *Mr. Emil Weisser* for the respondents

March 19, 1965. Denied.

STATE OF NEW JERSEY, PLAINTIFF-PETITIONER, v. JOHN PAUL YOUNG, DEFENDANT-RESPONDENT.

See same case below: 86 *N. J. Super.* 262.

*Mr. Arthur S. Meredith* and *Mr. Michael R. Imbriani* for the petitioner.

*Mr. John W. Fritz* for the respondent.

March 19, 1965. Granted.

SYLVIA LAWRENCE, PLAINTIFF-PETITIONER, v. ELIAS D. LAWRENCE, *ET AL.*, DEFENDANTS-RESPONDENTS.

*Messrs. Major & Major* for the petitioner.

*Mr. Edward H. Saltzman* and *Mr. Ervan F. Kushner* for the respondents.

April 5, 1965. Denied.